IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTY GLEN ALLEN,

    Plaintiff,                  No. CIV S-08-0944 JAM CMK P

   vs.

J. WALKER,

    Defendant.              <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's "Motion to Amend Petition" (Doc. 13), filed on October 17, 2008.

        Plaintiff has two concurrent matters filed in the Eastern District, one in the Sacramento division (the instant case) and one in the Fresno division (case no. 07-1751).  The case filed in the Fresno division was a petition for writ of habeas corpus.  The case filed in the Sacramento division is a civil rights action.  Plaintiff has filed his current motion to amend in his civil rights action, requesting the opportunity to file an amended "petition."  The court will construe this request as a request to file an amended "complaint" in this matter, as his petition for writ of habeas corpus filed in the Fresno division has been denied, and that case has been closed.

1

1 However, if plaintiff had intended to file a motion for reconsideration of the denial of his
2 petition, he is advised that such a request must be filed in that case.
3    In this matter, plaintiff's complaint was dismissed on October 7, 2008, with leave
4 to amend.  Plaintiff has 30 days from the date of that dismissal to file his amended complaint.
5 Thus, plaintiff's current motion to file an amended complaint is denied as unnecessary, as he has
6 already been given leave to amend.  If plaintiff needs additional time to file his amended
7 complaint, he will need to file a request for an extension of time.
8    Accordingly, IT IS HERE BY ORDERED that plaintiff's motion to file an
9 amended complaint (Doc. 13) is denied as unnecessary.

DATED:  October 24, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE