1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARTY GLEN ALLEN,

12              Plaintiff,                    No. CIV S-08-0944 JAM CMK P

13        vs.

14   J. WALKER,

15              Defendant.                    ORDER

16   _____/

17              Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

18   to 42 U.S.C. § 1983.[1]  Pending before the court are two motions plaintiff has entitled "Motion to

19   Amend the Complaint" (Doc. 18) and "Motion to Amend the Petition" (Doc. 17), both filed on

20   January 5, 2009. On the same date, plaintiff also filed an amended complaint (Doc. 19).

21              Plaintiff's original complaint was dismissed on October 7, 2008, but plaintiff was

22   granted leave to file an amended complaint within 30 days.  Plaintiff requested additional time to

23   file his amended complaint, which was granted on December 2, 2008.  Plaintiff has complied

24   _____

25       [1]    Plaintiff is referring to himself as a petition, indicating he is filing documents in
     his habeas case.  If plaintiff was intending to file documents in his habeas case, he is reminded of
     the necessity of filing documents in the correct case. This issue was discussed in this court's
26   previous order.

1

1   with that court order by filing his amended complaint on January 5, 2009.[2]

2   As plaintiff was proceeding under court order to file an amended complaint, no

3   request for leave of court to do so was necessary.  His motion requesting leave to file an amended

4   complaint will be denied as unnecessary.  His amended complaint, which the court is required to

5   screen pursuant to 28 U.S.C. § 1915A(a), will be addressed separately.

6   In addition to his request for leave to file his amended compliant, plaintiff also

7   appears to be requesting the court issue an order granting him "Preferred Legal User" status.

8   Plaintiff, however, does not allege that he is under a present obligation to submit documents

9   within a time certain and thus has not demonstrated that his right of access to the courts is being

10   impaired.  He does refer to his other case he claims is pending in the Fresno Division of this

11   court, case number 1:07-CV-0175-LJO-DLB.  However, the docket in that case reflects that case

12   is closed and on appeal.  Plaintiff is not under any current deadline in this case, having already

13   submitted his amended complaint to the court, and the court will not set a deadline merely for the

14   purpose of insuring the plaintiff additional library time.

15   Accordingly, IT IS HEREBY ORDERED that:

16   1.   Plaintiff's motions to file an amended complaint (Docs. 17 & 18) are

17   denied as unnecessary; and

18   2.   Plaintiff's request for a court-ordered deadline, or an order granting him

19   "Preferred Legal User" status, is denied.

20   DATED: January 15, 2009

21

22   CRAIG M. KELLISON
     UNITED STATES MAGISTRATE JUDGE

23

24

25

26   [2]   The court notes the complaint was signed on December 20, 2008.

2